03-CR-89 (CPS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 26 2005 ★
BROOKLYN OFFICE

Dear Honorable Judge Sifton,

I, Nathaniel Ford am writing you this letter notifying the court that I'm appealing my sentence of 17½ years that I have recieved on May 17, 05. I want to make sure that the court is aware of this because I haven't heard from or seen my lawyer since the sentencing. I called him on May 18th 05 requesting for him to come see me so we could discuss the Appeal but I haven't seen him yet. So I'm writing the letter in my behalf, I don't know if he has put in anything yet but I want to make sure that I put one in before the time limit is up. and it is said that I waived my right to a appeal when that's not what I want done.

Thank you.

Sincerely yours

Mr. Nathaniel Ford

The Clerk shall treat this as a Notice of Appeal if one has not yet been filed on defendant's behalf. So Ordered 6/1/05 CPSifton